292 So.2d 675

**In re Lemuel VAUGHN**

**v.**

**STATE.**

**Ex parte Lemuel Vaughn.**

**SC 731.**

Supreme Court of Alabama.

April 4, 1974.

Donald E. Holt and J. Douglas Evans, Florence, for petitioner.

No brief for respondent, the State.

JONES, Justice.

Petition of Lemuel Vaughn for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Vaughn v. State, 52 Ala. App. 377, 292 So.2d 671.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

■

293 So.2d 828

**In re Edwin James WALDRUP, alias**

**v.**

**STATE.**

**Ex parte Edwin James Waldrup.**

**SC 795.**

Supreme Court of Alabama.

May 9, 1974.

Thomas S. Melton, Opelika, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Edwin James Waldrup for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Waldrup, alias v. State, 52 Ala.App. 292, 291 So.2d 383.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.